## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-16-00299-CV
_____

## LAYNE WALKER, Appellant

## V.

## STEPHEN HARTMAN, Appellee

**On Appeal from the 58th District Court
Jefferson County, Texas
Trial Cause No. A-198,246**

## ORDER

Appellee filed a motion to recuse Justice Hollis Horton on September 23, 2016. Justice Horton certified the matter to the Court. The Court finds appellant failed to present grounds which justify recusal in this case. *See* Tex. R. App. P. 16; *see also* Tex. R. Civ. P. 18b. Accordingly, the motion to recuse Justice Hollis Horton is denied.

ORDER ENTERED September 29, 2016.

PER CURIAM

Before McKeithen, C.J., and Kreger, J.
Horton, J., not participating.
Johnson, J., recused.